UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE ERIC DUNBAR,<br><br>    Defendant. | Case No. CR00-0045-RSL-JPD<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on November 9, 2006. The United States was represented by Assistant United States Attorney Carl Blackstone, and the defendant by Ms. Jennifer Horwitz. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy, Band Fraud, and Social Security Fraud, and on or about May 26, 2000, was sentenced by the Honorable Robert S. Lasnik to eighteen (18) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, restitution in the amount of $119,792.00, no possession of firearms or destructive devices, submission to search in a reasonable manner and at a reasonable time, notification to the probation officer of all computer software owned or operated, no new credit without approval, no self-employment or employment by friends, relatives, associates, or persons previously known to

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

him, or acceptance of employment without prior approval from his probation officer, and no working for cash without providing pay stubs with appropriate deductions for taxes.

In a Petition for Warrant or Summons dated September 5, 2006, U.S. Probation Officer Robin L. Elliott alleged the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of Unlawful Possession of Instruments of Financial Fraud, in violation of the general condition that he not commit another federal, state, or local crime.

(2) Committing the crime of Forgery, in violation of the general condition that he not commit another federal, state, or local crime.

(3) Committing the crime of Unlawful Issuance of Checks, in violation of the general condition that he not commit another federal, state, or local crime.

(4) Committing the crime of Possessing a Dangerous Weapon, in violation of the general condition that he not commit another federal, state, or local crime.

(5) Failing to submit truthful and complete written reports from February 2005 through February 2006, in violation of standard condition number 2.

(6) Failing to pay restitution, as directed by his U.S. Probation Officer, in violation of special condition number 4.

(7) Failing to work regularly at a lawful occupation, in violation of standard condition number 5.

(8) Failing to notify his probation officer ten days prior to any change in residence, in violation of standard condition number 6.

(9) Failing to notify his probation officer of all computer software owned or operated by him, in violation of special condition number 7.

(10) Incurring new credit charges or opening additional lines of credit without approval of his U.S. Probation Officer, in violation of special condition number 8.

(11) Beginning employment without prior approval by the U.S. Probation Officer, in violation of special condition number 9.

(12) Possessing a driver's license, social security numbers, and birth certificate without prior written approval of his Probation Officer, in violation of special condition number 10.

The defendant was advised of the allegations and of his rights, and admitted to violations 1, 2, and 3. Alleged violations numbered 4 through 12 were withdrawn and dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik on November 20, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision and the conditions imposed.

DATED this 13th day of November, 2006.

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:            Honorable Robert S. Lasnik
      AUSA:                      Mr. Carl Blackstone
      Defendant's attorney:      Ms. Jennifer Horwitz
      Probation officer:         Ms. Robin Elliott