CHIEF JUDGE LASNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR00-0045-RSL |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL COUNSEL'S |
| ) | DECLARATION IN SUPPORT OF MOTION |
| BRUCE DUNBAR, ) | TO WITHDRAW AS COUNSEL FOR |
| ) | DEFENDANT DUNBAR |
| Defendant. ) | |
| ) | |

The Court having considered the Motion to Seal Counsel's Declaration in Support of Motion to Withdraw as Counsel for Defendant Dunbar, hereby GRANTS the motion and ORDERS that the Declaration of Counsel shall remain under seal.

DATED this 24th day of July, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL PLEADING,
CASE NO. CR00-0045-RSL  -- 1