UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR00-0045RSL |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |
| v. | |
| BRUCE DUNBAR, | |
| Defendant. | |

This matter comes before the Court on Catherine Chaney's "Motion to Withdraw as Counsel for Defendant Dunbar and for Appointment of Substitute Counsel for Defendant Dunbar on Appeal" (Dkt. #242).  The motion is GRANTED.

DATED this 25th day of July, 2007.

Robert S. Lasnik
United States District Judge